JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. CV 16-7919 FMO (ASx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| GUSTAVO MAGDALENO, et al., | |
| Defendants. | |

Pursuant to the Mediator's Report of June 28, 2017, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 29th day of June, 2017.

/s/
Fernando M. Olguin
United States District Judge